# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA STICKLER,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>CLANCYS TOWING,<br><br>　　　　　　　　　Defendant. | CASE NO. 12cv910-LAB (BLM)<br><br>**ORDER OF DISMISSAL** |

On April 14, 2012, Plaintiff filed her complaint in this action, along with a motion to proceed *in forma pauperis* (IFP), and a motion for appointment of counsel.

All parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Because the IFP motion is incomplete, the Court cannot determine that Stickler lacks the resources to pay the filing fee. The motion is therefore **DENIED**.

Assuming Stickler filed a new IFP motion, the Court would be required to screen it, and to dismiss it to the extent it is frivolous or malicious, fails to state a claim, or seeks monetary relief from an immune defendant. *See* § 1915(e)(2)(B); *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000).

The body of the complaint, in its entirety, reads:

> Clancys towing is refusing to pass the phone to Robert Dight, hanging up on me. Clancys Towing Specific Relief restraining order, Leland [Figueroa ?] may have had me arrested because I would question Dora about [illegible], he said he was a person of his privacy.

[*sic*]  This not only does not state a claim, but the Court has no jurisdiction over any claim against Defendant that might arise from the alleged facts.

This action is therefore **DISMISSED WITHOUT PREJUDICE BUT WITHOUT LEAVE TO AMEND**. The motion for appointment of counsel is **DENIED AS MOOT** and the Clerk is directed to close the docket.

**IT IS SO ORDERED**.

DATED: April 19, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge